Oct. 21, 2020

The Escrow Shortage was paid in full, see copy below. Our Mortgage payment amount should stay the same, see copy on next page.
Thankyou.   Sincerely,
William & Teresa Clements
609 Muhlenberg Ave.
Wenonah, NJ
08090-1430

Case # 16-10240

FILED
JEANNE A. NAUGHTON, CLERK
NOV 02 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEP

TERESA J. CLEMENTS
WILLIAM H. CLEMENTS, JR.
609 MUHLENBERG AVE.
WENONAH, NJ 08090-1430

60-142/313   73   5458

DATE Oct 5, 2020

PAY TO THE ORDER OF Select Portfolio Servicing Inc   $ 513.47

Five hundred thirteen and 47/100   DOLLARS

Fulton Bank   Escrow Shortage Paid in Full

MEMO 0019371517

Teresa J. Clements

⑇031301422⑇ 5036937311⑇ 5458

Bank Paid on Oct. 13, 2020

---

You have the following options to repay your escrow shortage:
Option A
  Do Nothing – The monthly reserve of $42.79 will be automatically collected with your New Payment unless you select Option B

☒ Option B
  Repay the Escrow Shortage in Full - To repay the shortage of $513.47 in full, please submit your payment with this coupon to:

  SELECT PORTFOLIO SERVICING, INC.
  P.O. BOX 65450
  SALT LAKE CITY, UT 84165-0450

You may also submit your payment online by visiting www.spservicing.com

**Escrow Reserve - Shortage Repayment Coupon**

Select Portfolio Servicing, Inc.
WILLIAM CLEMENTS JR
TERESA J CLEMENTS
609 MUHLENBERG AVE,
WENONAH, NJ 08090
Account No: 0019371517

Total Amount Enclosed: 513.47

00000000 0                              2771 0019371517 066 00000000

4165-0250
om

50166

|₁₁₁||₁₁

ige

btor in bankruptcy.
ou for informational
s not an attempt to

**Mortgage Statement**
Statement Date: 09/14/2020
Page 1 of 3

| Account Number | 0019371517 |
|---|---|
| Property Address | 609 MUHLENBERG AVE WENONAH NJ 08090 |
| Post Petition Due Date | 10/01/2020 |
| Statement Due Date | 10/01/2020 |
| **Payment Amount** | **$1,142.99** |

*handwritten: # 5453 9/24/20 paid*

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $87.01 |
| Interest | $619.46 |
| Escrow (Taxes and Insurance) | $436.52 |
| Regular Monthly Payment | 1,142.99 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) [3] | $0.00 |
| **Total Payment Amount** | **$1,142.99** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

Copies Sent to...

Andrew M. Lubin
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Hill Corporate Center
535 Route 38 - Suite 580
Cherry Hill NJ 08002

Francis Landgrebe
71 Cooper Street
Woodbury NJ 08096

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT
84165 - 0250