Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–10240–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Hugh Clements Jr.
aka William Hugh Clements
609 Muhlenberg Avenue
Wenonah, NJ 08090–1430

Teresa Jean Clements
609 Muhlenberg Avenue
Wenonah, NJ 08090–1430

Social Security No.:
   xxx–xx–1761                                                 xxx–xx–4910

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          December 1, 2020
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*30* – Objection to Notice of Mortgage Payment Change (related document:doc Notice of Mortgage Payment Change. Re: Claim #: 11 with Certificate of Service. Filed by Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass–Through Certificates Series 1999–3 filed by Creditor Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass–Through Certificates Series 1999–3) filed by Teresa Jean Clements and William Hugh Clements Jr.. (eag)

and transact such other business as may properly come before the meeting.

Dated: November 4, 2020
JAN: eag

Jeanne Naughton
Clerk