Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−10240−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Hugh Clements Jr.                    Teresa Jean Clements
   aka William Hugh Clements                609 Muhlenberg Avenue
   609 Muhlenberg Avenue                    Wenonah, NJ 08090−1430
   Wenonah, NJ 08090−1430

Social Security No.:
   xxx−xx−1761                                       xxx−xx−4910

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                December 1, 2020
Time:               11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*30* − Objection to Notice of Mortgage Payment Change (related document:doc Notice of Mortgage Payment Change. Re: Claim #: 11 with Certificate of Service. Filed by Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass−Through Certificates Series 1999−3 filed by Creditor Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass−Through Certificates Series 1999−3) filed by Teresa Jean Clements and William Hugh Clements Jr.. (eag)

and transact such other business as may properly come before the meeting.

Dated: November 4, 2020
JAN: eag

                                                                                                       Jeanne Naughton
                                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-10240-JNP |
| William Hugh Clements, Jr. | Chapter 13 |
| Teresa Jean Clements | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: 173 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William Hugh Clements, Jr., Teresa Jean Clements, 609 Muhlenberg Avenue, Wenonah, NJ 08090-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020             Signature:             /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francis Landgrebe | on behalf of Debtor William Hugh Clements Jr. flandgrebe@verizon.net, r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Joint Debtor Teresa Jean Clements flandgrebe@verizon.net r61604@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: 173 | Total Noticed: 1 |

Isabel C. Balboa  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

TOTAL: 7