**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William Hugh Clements Jr. | Social Security number or ITIN xxx–xx–1761 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Teresa Jean Clements | Social Security number or ITIN xxx–xx–4910 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–10240–JNP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Hugh Clements Jr.            Teresa Jean Clements
aka William Hugh Clements

2/4/21                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 16-10240-JNP
William Hugh Clements, Jr.                                                                 Chapter 13
Teresa Jean Clements
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William Hugh Clements, Jr., Teresa Jean Clements, 609 Muhlenberg Avenue, Wenonah, NJ 08090-1430 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, P. O. Box 9013, Addison, TX 75001-9013 |
| 515934555 | + | Best Buy Company, Inc., 7601 Penn Ave South, Richfield, MN 55423-3683 |
| 515934556 | | Boscov Dept, Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 515934560 | | Delaware Valley Urology LLC, PO Box 1029, Mt Laurel, NJ 08054-7029 |
| 515991497 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515934567 | + | South Jersey Radiology, Billing/Bankruptcy Dept, 1307 White Horse Rd Ste A102, Voorhees, NJ 08043-2100 |
| 515934568 | | Target TD Bank, PO Box 9547, Portland, ME 04112-9547 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515934557 | | EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 516022095 | | EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516022094 | | EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516143100 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515934561 | + | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Fashion Bug Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 515934562 | | EDI: RMSC.COM | Feb 05 2021 01:23:00 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 515934558 | | EDI: JPMORGANCHASE | Feb 05 2021 01:23:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 515934559 | | EDI: JPMORGANCHASE | Feb 05 2021 01:23:00 | Chase Mortgage, Attn Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 515934563 | + | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Loft Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 515934564 | + | EDI: MID8.COM | Feb 05 2021 01:23:00 | Midland Credit Mangement Inc, 8875 Aero Drive |

Case 16-10240-JNP    Doc 43    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 515934565 | EDI: NAVIENTFKASMSERV.COM | Feb 05 2021 01:23:00 | Suite 200, San Diego, CA 92123-2255 |
| | | | Navient Solutions Inc., Department of Education Loan Services, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 516159553 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516160007 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Premier Card, POB 41067, Norfolk VA 23541 |
| 516020949 | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515934566 | + EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Sears Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 515934569 | + EDI: VERIZONCOMB.COM | Feb 05 2021 01:23:00 | Verizon, Bankruptcy Administration, 500 Technology Drive Ste 550, Weldon Spring, MO 63304-2225 |
| 515934570 | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Walmart Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 516185546 | + EDI: JPMORGANCHASE | Feb 05 2021 01:23:00 | Wells Fargo Bank N.A., Trustee (See 410), C/O CHASE RECORDS CENTER, ATTENTION: CORRESPONDENCE MAIL, MAIL CODE: LA4-5555, 700 KANSAS LANE, MONROE, LOUISIANA 71203-4774 |
| 516966178 | + Email/Text: jennifer.chacon@spservicing.com | Feb 04 2021 21:06:00 | Wells Fargo Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Wells Fargo Bank, National Association, c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 516966177 | Email/Text: jennifer.chacon@spservicing.com | Feb 04 2021 21:06:00 | Wells Fargo Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francis Landgrebe | on behalf of Debtor William Hugh Clements  Jr. flandgrebe@verizon.net, r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Joint Debtor Teresa Jean Clements flandgrebe@verizon.net  r61604@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

TOTAL: 7